Form 169 − ntccovert

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−33247−JKS
        Chapter: 11
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Franciscus Maria Dartee                    Margaretha Dartee
   aka Frank M., dba Benecom Systems       c/o 12 Moonshadow Court
   c/o 12 Moonshadow Court                  Kinnelon, NJ 07405
   Kinnelon, NJ 07405

Social Security No.:
   xxx−xx−1197                                 xxx−xx−4601

Employer's Tax I.D. No.:
   22−3568514

**NOTICE OF HEARING
ON APPLICATION/MOTION TO CONVERT CASE**

    An application/motion to convert the above−captioned case from Chapter 11 to Chapter 7, has been filed by U.S. Trustee.

    Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion DISMISS THE CASE before the Honorable John K. Sherwood on:

Date:            July 24, 2018
Time:           10:00 AM
Location:      Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102


Dated: June 14, 2018
JAN:

                                                                     Jeanne Naughton
                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-33247-JKS
Franciscus Maria Dartee                                               Chapter 11
Margaretha Dartee
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jun 14, 2018
                              Form ID: 169             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2018.
db/jdb       +Franciscus Maria Dartee,    Margaretha Dartee,    c/o 12 Moonshadow Court,
              Kinnelon, NJ 07405-2949
cr           +THE BANK OF NEW YORK MELLON,    Robertson Anschutz & Schneid, P.L.,
              6409 Congress Ave, Suite 100,    Boca Raton, Fl 33487,    UNITED STATES 33487-2853
517181492    +American Express,    PO Box 981537,    El Paso TX 79998-1537
517343588     American Express Centurion Bank,     c/o Becket and Lee LLP,    PO Box 3001,
              Malvern PA 19355-0701
517539273     American Express National Bank,     c/o Becket and Lee LLP,    PO Box 3001,
              Malvern PA 19355-0701
517181493   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 982238,    El Paso TX 79998)
517394561     CACH, LLC its successors and assigns as assignee,    of FIA Card Services, N.A.,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517181494    +Chase Card,    PO Box 15298,    Wilmington DE 19850-5298
517181491    +IRS Centralized Lien Operations,     201 W. River Center Blvd,    Stop 8420-G,
              Covington KY 41011-1424
517181488    +RAS Citron LLC,    130 Clinton Rd., Ste 202,    Fairfield NJ 07004-2927
517181489    +Superior Court Clerk's OFfice,    The Office of Foreclosure,    25 Market St,    PO box 971,
              Trenton NJ 08625-0971
517181486    +The Bank of New York Me,    28 Liberty St,    New York NY 10005-1400
517255916    +The Bank of New York Mellon fka BONY as successor,    c/o Nationstar Mortgage LLC dba Mr. Coop,
              ATTN: Bankruptcy Dept,    PO Box 619096,    Dallas, TX 75261-9096
517181490    +The Honorable Robert J. Brennan P.J. CH.,    Morris COunty Courthouse,
              Washington & Court Streets,    PO Box 910,    Morristown NJ 07963-0910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: cio.bncmail@irs.gov Jun 14 2018 23:09:53    Dist Dir of IRS,
              Insolvency Function,    PO Box 724,    Springfield, NJ 07081-0724
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 14 2018 23:10:42    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2018 23:10:39    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517181487    +E-mail/Text: ally@ebn.phinsolutions.com Jun 14 2018 23:09:40    Ally Financial,
              PO Box 380901,    Blookington MN 55438-0901
517436223     E-mail/Text: ally@ebn.phinsolutions.com Jun 14 2018 23:09:40    Ally Financial,
              PO Box 130424,    Roseville MN 55113-0004
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517181495*  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998-2238)
517223634*   +Department of Treasury,    Internal Revenue Service,    P O Box 7346,
              Philadelphia, PA 19101-7346
                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2            User: admin              Page 2 of 2              Date Rcvd: Jun 14, 2018
                                Form ID: 169             Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2018 at the address(es) listed below:
              Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
              Kevin M. Buttery    on behalf of Creditor    THE BANK OF NEW YORK MELLON bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    THE BANK OF NEW YORK MELLON bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```