Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−33247−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Franciscus Maria Dartee                    Margaretha Dartee
   aka Frank M., dba Benecom Systems          c/o 12 Moonshadow Court
   c/o 12 Moonshadow Court                    Kinnelon, NJ 07405
   Kinnelon, NJ 07405

Social Security No.:
   xxx−xx−1197                                xxx−xx−4601

Employer's Tax I.D. No.:
   22−3568514

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by U.S. TRUSTEE.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

   ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

   ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

   ☐    The corporate debtor is self−represented.

   ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable John K. Sherwood on,

Date: 7/24/18
Time: 10:00 AM
Location: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Dated: June 14, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-33247-JKS
Franciscus Maria Dartee                                                 Chapter 11
Margaretha Dartee
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin         Page 1 of 2         Date Rcvd: Jun 14, 2018
                            Form ID: 170        Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.
```
db/jdb         +Franciscus Maria Dartee,    Margaretha Dartee,    c/o 12 Moonshadow Court,
                 Kinnelon, NJ 07405-2949
cr             +THE BANK OF NEW YORK MELLON,    Robertson Anschutz & Schneid, P.L.,
                 6409 Congress Ave, Suite 100,    Boca Raton, Fl  33487,    UNITED STATES 33487-2853
517181492      +American Express,    PO Box 981537,    El Paso TX 79998-1537
517343588       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517539273       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517181493     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank of America,    PO Box 982238,    El Paso TX 79998)
517394561       CACH, LLC its successors and assigns as assignee,    of FIA Card Services, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517181494      +Chase Card,    PO Box 15298,    Wilmington DE 19850-5298
517181491      +IRS Centralized Lien Operations,    201 W. River Center Blvd,    Stop 8420-G,
                 Covington KY 41011-1424
517181488      +RAS Citron LLC,    130 Clinton Rd., Ste 202,    Fairfield NJ 07004-2927
517181489      +Superior Court Clerk's OFfice,    The Office of Foreclosure,    25 Market St,    PO box 971,
                 Trenton NJ 08625-0971
517181486      +The Bank of New York Me,    28 Liberty St,    New York NY 10005-1400
517255916      +The Bank of New York Mellon fka BONY as successor,    c/o Nationstar Mortgage LLC dba Mr. Coop,
                 ATTN: Bankruptcy Dept,    PO Box 619096,    Dallas, TX 75261-9096
517181490      +The Honorable Robert J. Brennan P.J. CH.,    Morris COunty Courthouse,
                 Washington & Court Streets,    PO Box 910,    Morristown NJ 07963-0910
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: cio.bncmail@irs.gov Jun 14 2018 23:10:02      Dist Dir of IRS,
                 Insolvency Function,    PO Box 724,    Springfield, NJ  07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 14 2018 23:10:42      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2018 23:10:39      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517181487      +E-mail/Text: ally@ebn.phinsolutions.com Jun 14 2018 23:09:40      Ally Financial,
                 PO Box 380901,    Blookington MN 55438-0901
517436223       E-mail/Text: ally@ebn.phinsolutions.com Jun 14 2018 23:09:40      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
                                                                                              TOTAL: 5
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517181495*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank of America,    PO Box 982238,    El Paso, TX 79998-2238)
517223634*     +Department of Treasury,    Internal Revenue Service,    P O Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 14, 2018
                              Form ID: 170             Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2018 at the address(es) listed below:
              Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
              Kevin M. Buttery    on behalf of Creditor    THE BANK OF NEW YORK MELLON bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    THE BANK OF NEW YORK MELLON bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 4
```