| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Fran Steele, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>Email: Fran.B.Steele@usdoj.gov | **Order Filed on July 25, 2018 by**<br>**Clerk U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>Franciscus & Margaretha Dartee,<br><br>Debtors. | Case No.: 17-33247 (JKS)<br><br>Chapter 11<br><br>Hearing Date: July 24, 2018<br><br>Chief Judge: John K. Sherwood |

## ORDER DISMISSING CHAPTER 11 CASE

The relief set forth on the following page(s), numbered two (2), is hereby **ORDERED**.

**DATED: July 25, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**

Franciscus & Margaretha Dartee

Chapter 11, Case No.: 17-33247 (JKS)

**Order Dismissing Chapter 11 Case**

_____

Upon consideration of the motion of the Acting United States Trustee, by and through counsel, for an order converting the case to a chapter 7 or dismissing the chapter 11 case pursuant to 11 U.S.C. § 1112(b), and notice of the motion having been given to the Debtors, pro se, and parties that filed a Notice of Appearance, and the Court having found cause for the entry of the within order, and good cause shown, it is hereby:

**ORDERED** that the Debtors' chapter 11 case is **DISMISSED.**