Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                  Case No.:  17–33247–JKS
                  Chapter:  11
                  Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Franciscus Maria Dartee                           Margaretha Dartee
  aka Frank M., dba Benecom Systems          c/o 12 Moonshadow Court
  c/o 12 Moonshadow Court                       Kinnelon, NJ 07405
  Kinnelon, NJ 07405

Social Security No.:
  xxx–xx–1197                                      xxx–xx–4601

Employer's Tax I.D. No.:
  22–3568514

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on July 25, 2018.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.


Dated: July 25, 2018
JAN: zlh

                                                               Jeanne Naughton
                                                                Clerk