Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                Case No.: 17−33247−JKS
                                Chapter: 11
                                Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Franciscus Maria Dartee                        Margaretha Dartee
   aka Frank M., dba Benecom Systems      c/o 12 Moonshadow Court
   c/o 12 Moonshadow Court                     Kinnelon, NJ 07405
   Kinnelon, NJ 07405

Social Security No.:
   xxx−xx−1197                                  xxx−xx−4601

Employer's Tax I.D. No.:
   22−3568514

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on July 25, 2018.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 25, 2018
JAN: zlh

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-33247-JKS
Franciscus Maria Dartee                                                 Chapter 11
Margaretha Dartee
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2                   Date Rcvd: Jul 25, 2018
                              Form ID: 148             Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2018.
```
db/jdb         +Franciscus Maria Dartee,    Margaretha Dartee,    c/o 12 Moonshadow Court,
                 Kinnelon, NJ 07405-2949
cr             +THE BANK OF NEW YORK MELLON,    Robertson Anschutz & Schneid, P.L.,
                 6409 Congress Ave, Suite 100,    Boca Raton, Fl 33487,    UNITED STATES 33487-2853
517394561       CACH, LLC its successors and assigns as assignee,     of FIA Card Services, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517181491      +IRS Centralized Lien Operations,    201 W. River Center Blvd,    Stop 8420-G,
                 Covington KY 41011-1424
517181488      +RAS Citron LLC,    130 Clinton Rd., Ste 202,    Fairfield NJ 07004-2927
517181489      +Superior Court Clerk's OFfice,    The Office of Foreclosure,    25 Market St,    PO box 971,
                 Trenton NJ 08625-0971
517181486      +The Bank of New York Me,    28 Liberty St,    New York NY 10005-1400
517255916      +The Bank of New York Mellon fka BONY as successor,     c/o Nationstar Mortgage LLC dba Mr. Coop,
                 ATTN: Bankruptcy Dept,    PO Box 619096,    Dallas, TX 75261-9096
517181490      +The Honorable Robert J. Brennan P.J. CH.,    Morris COunty Courthouse,
                 Washington & Court Streets,    PO Box 910,    Morristown NJ 07963-0910
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             EDI: IRS.COM Jul 26 2018 03:03:00      Dist Dir of IRS,    Insolvency Function,    PO Box 724,
                 Springfield, NJ  07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 25 2018 23:37:33      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 25 2018 23:37:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517181487      +EDI: GMACFS.COM Jul 26 2018 03:03:00      Ally Financial,    PO Box 380901,
                 Blookington MN 55438-0901
517436223       EDI: GMACFS.COM Jul 26 2018 03:03:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
517181492      +EDI: AMEREXPR.COM Jul 26 2018 03:03:00      American Express,    PO Box 981537,
                 El Paso TX 79998-1537
517343588       EDI: BECKLEE.COM Jul 26 2018 03:03:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
517539273       EDI: BECKLEE.COM Jul 26 2018 03:03:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517181493       EDI: BANKAMER.COM Jul 26 2018 03:03:00      Bank of America,    PO Box 982238,    El Paso TX 79998
517181494      +EDI: CHASE.COM Jul 26 2018 03:03:00      Chase Card,    PO Box 15298,    Wilmington DE 19850-5298
                                                                                                TOTAL: 10
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517181495*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX 79998-2238)
517223634*     +Department of Treasury,    Internal Revenue Service,    P O Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Jul 25, 2018
                              Form ID: 148             Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2018 at the address(es) listed below:
              Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
              Kevin M. Buttery    on behalf of Creditor    THE BANK OF NEW YORK MELLON bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    THE BANK OF NEW YORK MELLON bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```