| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Fran Steele, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>Email: Fran.B.Steele@usdoj.gov | Order Filed on July 25, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Franciscus & Margaretha Dartee,<br><br>Debtors. | Case No.: 17-33247 (JKS)<br><br>Chapter 11<br><br>Hearing Date: July 24, 2018<br><br>Chief Judge: John K. Sherwood |

## ORDER DISMISSING CHAPTER 11 CASE

The relief set forth on the following page(s), numbered two (2), is hereby **ORDERED**.

**DATED: July 25, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**

Franciscus & Margaretha Dartee

Chapter 11, Case No.: 17-33247 (JKS)

**Order Dismissing Chapter 11 Case**

_____

Upon consideration of the motion of the Acting United States Trustee, by and through counsel, for an order converting the case to a chapter 7 or dismissing the chapter 11 case pursuant to 11 U.S.C. § 1112(b), and notice of the motion having been given to the Debtors, pro se, and parties that filed a Notice of Appearance, and the Court having found cause for the entry of the within order, and good cause shown, it is hereby:

**ORDERED** that the Debtors' chapter 11 case is **DISMISSED.**

```
                    United States Bankruptcy Court
                         District of New Jersey
```

In re:                                                      Case No. 17-33247-JKS
Franciscus Maria Dartee                                     Chapter 11
Margaretha Dartee
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin           Page 1 of 1         Date Rcvd: Jul 25, 2018
                          Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2018.
db/jdb        +Franciscus Maria Dartee,    Margaretha Dartee,   c/o 12 Moonshadow Court,
               Kinnelon, NJ 07405-2949

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2018 at the address(es) listed below:
              Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
              Kevin M. Buttery    on behalf of Creditor    THE BANK OF NEW YORK MELLON bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    THE BANK OF NEW YORK MELLON bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5